# MEMORANDUM DECISIONS.

ABLOVICH, Respondent, v. LE REIME et al., Appellants. (Supreme Court, Appellate Term. October 25, 1899.) Action by Louis Ablovich against Louise C. Le Reime and another. From a judgment for plaintiff, defendants appeal. Reversed, and new trial ordered. Charles E. Lovensen, for appellants. Gustavus A. Rogers, for respondent.

PER CURIAM. The record failing to show that the residence of the defendants was within the jurisdiction of the municipal court, the judgment must be reversed. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and new trial ordered, with costs to appellants to abide the event.

ADAMS, Respondent, v. NASSAU ELECTRIC R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. October 10, 1899.) Action by Joseph Adams, an infant, etc., against the Nassau Electric Railroad Company. No opinion. Motion for reargument denied. See 58 N. Y. Supp. 543.

A. D. FARMER & SON TYPE-FOUNDING CO., Respondent, v. SORGI et al., Appellants. (Supreme Court, Appellate Term. October 25, 1899.) Action by the A. D. Farmer & Son Type-Founding Company against Alphonse S. Sorgi and another. Judgment for plaintiff, and defendants appeal. Reversed, and new trial ordered. John J. Freschi, for appellants. William Stuart, for respondent.

PER CURIAM. Judgment in this case was awarded on the pleadings. These do not show that the defendants, or either of them, resided in the county of New York. The defect is jurisdictional, and requires a reversal. Tyroler v. Gummersbach, 28 Misc. Rep. 151, 59 N. Y. Supp. 266, 319. Judgment reversed, and a new trial ordered, with costs to the appellants to abide the event.

ALLEN, Appellant, v. O'CONNOR et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 4, 1899.) Action by James N. Allen against James O'Connor and another. No opinion. Judgment and order affirmed, with costs.

AMERICAN BOILER CO., Respondent, v. FONTHAM, Appellant. (Supreme Court, Appellate Division, First Department. October 13, 1899.) Action by the American Boiler Company against Charles F. Fontham. C. G. Hardy, for appellant. F. Pierce, for respondent. No opinion. Judgment affirmed, with costs. See 55 N. Y. Supp. 923.

AMSEL, Respondent, v. STEINWAY et al., Appellants. (Supreme Court, Appellate Division, First Department. October 20, 1899.) Action by Henry B. Amsel against Charles H. Steinway and others. J. Delahunty, for appellants. G. W. Seligman, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

In re ANTISDALE. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) In the matter of the application of J. Frank Antisdale for the revocation and cancellation of the liquor tax certificate of Charles M. Rifenburgh. No opinion. Order affirmed, with $10 costs and disbursements. ADAMS and SMITH, JJ., dissent.

ARMAINDO, Appellant, v. FERGUSON, Respondent. (Supreme Court, Appellate Division, Fourth Department. September 27, 1899.) Action by Louisa Armaindo against Robert Ferguson. No opinion. Motion for reargument denied, with $10 costs. Motion to amend the order denied. See 55 N. Y. Supp. 769.

BALDWIN'S BANK OF PENN YAN, Respondent, v. KETCHUM et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Baldwin's Bank of Penn Yan against Charles H. Ketchum and others. No opinion. Judgment affirmed, with costs.

BARKLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. September 20, 1899.) Action by Orville M. Barkley against the New York Central & Hudson River Railroad Company. No opinion. Motion for reargument denied. ADAMS, J., not voting. See 59 N. Y. Supp. 742.

BARKLEY v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, Fourth Department. October 13, 1899.) Action by Orville M. Barkley against the New York Central & Hudson River Railroad Company. No opinion. Stay of proceedings granted, the sheriff in the meantime to hold his levy until the determination of the appeal in the court of appeals. ADAMS, J., not voting. See 59 N. Y. Supp. 742.

BATES v. HALL et al. (Supreme Court, Appellate Division, Third Department. September 12, 1899.) Action by Frederick E. Bates against Luke D. Hall and Wilbur A. Genung. No opinion. Appeal from the judgment rendered on the verdict is dismissed, with $10 costs.

BATES, Appellant, v. HALL et al., Respondents. (Supreme Court, Appellate Division,